May 22, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

MELINDA REID, Appellant

NO. 14-18-00183-CV                    V.

RITA WARREN-MICHAELS, INDIVIDUALLY AND AS TRUSTEE OF THE
WARREN FAMILY REVOCABLE TRUST, Appellee

_____

   Today the Court heard appellant's motion to dismiss the appeal from the order
signed by the court below on February 12, 2018. Having considered the motion and
found it meritorious, we order the appeal **DISMISSED**.

   We further order that each party shall pay its costs by reason of this appeal.

   We further order that mandate be issued immediately.

   We further order this decision certified below for observance.